**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WALTER AYLOR**                                                                       **PLAINTIFF**

**v.**                             **CASE NO. 4:08-CV-00620 BSM**

**BRYANT SCHOOL DISTRICT NO. 25**                            **DEFENDANT**

**JUDGMENT**

Pursuant to the order of November 24, 2009, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 30th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE